IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

    vs.                                                                    CASE NO. 3:99CR 002-01 (DRD)

MIGUEL MENDEZ,
T/N: MIGUEL ANGEL MENDEZ RODRIGUEZ
* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION REQUESTING EARLY TERMINATION**

TO THE HONORABLE DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW, EDGARDO L. SALCEDO, U.S. PROBATION OFFICER** of this Court, respectfully informs that:

    On September 30, 1999, the Hon. Daniel R. Dominguez, U.S. District Judge for the District of Puerto Rico, sentenced the above-captioned, to sixty (70) months of imprisonment and a five (5) year supervised release term after pleading guilty to violating Title 21, *U.S. Code,* Sections 841(a)(1) and Title 18, *U.S. Code,* Sections 2. The offender plead guilty to Count 1, that is: Possession with intent to distribute 60 kilograms of cocaine". The $100.00 special monetary assessment imposed in this case.

    On July 07, 2008 an early termination request was received from the MD/Fl, where Mr. Mendez is being supervised. According to his U.S. Probation Officer Marilyn S. Taylor, he has successfully complied with all standard supervision conditions.

    There have been no known violations to the conditions of supervision and no evidence of illicit drug use. The offender has been cooperative and has made great strides towards self-improvement. He is employed as a Truck driver for Edy's Ice Cream and reside in Florida, where he has maintain stable residence and had brought a new home recently in New Haven.

Prior to his release from custody, the defendant realized that if he remained in the District of Puerto Rico, the chance of recidivism was extremely high due to his known associations. The defendant decided to relocate to the Middle District of Florida where he has remained a law abiding citizen.

This offender has successfully completed forty-five (45) out of the sixty (60) months of supervised release term imposed.

During a telephonic conversation with the Assistant U.S. Attorney's Office, they objected to Mr. Mendez' petition for early termination.

WHEREFORE, in view of the offender's adjustment to supervision and favorable compliance with all conditions imposed as reported by the U.S. Probation Office/Middle District of Florida, it is respectfully recommended that early termination be granted.

In San Juan, Puerto Rico, this 26th day of August 2008.

    Respectfully submitted,

    EUSTAQUIO BABILONIA, CHIEF
    U.S. PROBATION OFFICER

    s/Edgardo L. Salcedo
    Edgardo L. Salcedo
    U.S. Probation Officer
    Federal Office Building, Office 400
    San Juan, PR 00918
    Phone No.:787-281-1594
    Fax No.:   787-766-5945
    edgardo_salcedo@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, August 26th , 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rosa E. Rodriguez-Velez, U.S. Attorney, and Joseph E. Laws, Esq., Federal Public Defender.

In San Juan, Puerto Rico, this 26th day of August, 2008.

s/Edgardo L. Salcedo

Edgardo L. Salcedo
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Phone No.:787-281-1594
Fax No.:   787-766-5945
edgardo_salcedo@prp.uscourts.gov